UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
JIMMY NERO, JR.,                         )
                                                        )
           Plaintiff,           )
                                                        )
   v.                                            )     Civil Action No. 15-1508 (RC)
                                                        )
CCA, *et al.*,                                    )
                                                        )
          Defendants.      )
_____ )

## **MEMORANDUM OPINION**

This matter is before the Court on the District of Columbia's Motion to Dismiss [ECF No. 8] and the Federal Defendant's Motion to Dismiss [ECF No. 10].

On November 20, 2015, the Court issued an Order advising plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion. Specifically, the Court warned plaintiff that, if he failed to file an opposition to the District of Columbia's motion by December 31, 2015, the Court would treat the motion as conceded. On review of the District of Columbia's Revised Certificate of Service [ECF No. 12], the Court extended plaintiff's opposition deadline to January 22, 2016. Similarly, on December 1, 2015, the Court issued an Order advising plaintiff to file his opposition to the Federal Bureau of Prisons' motion by December 31, 2015, or the Court would treat its motion as conceded. To date, plaintiff neither has filed any opposition to defendants' motions nor has he requested more time to do so. Mail sent to plaintiff at his address of record has not been returned by the United States Postal Service.

The Court, therefore, will grant defendants' motions as conceded and dismiss this case. *See Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1295 (D.C. Cir. 2004); LCvR 7(b).  An Order is issued separately.

/s/
RUDOLPH CONTRERAS
United States District Judge

DATE: February 1, 2016